IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Gary Lancaster § § *Plaintiff,* § § vs. § § Carnival Corporation § § *Defendants.* § | Civil Action No.: 4:20-cv-03122 |

## ORDER ON JOINT MOTION FOR DISMISSAL

Gary Lancaster's and Carnival Corporation's motion to dismiss under FED. R. CIV. P. 23(f) and 41(a)(2) is granted. Carnival Corporation shall reimburse Gary Lancaster for the cost of filing equal to $400. Dismissed with prejudice. H

SIGNED: _Dec. 7_, 2020.

_____
UNITED STATES DISTRICT JUDGE

{N4134169.2}